UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>vs.<br><br>Jeffrey Bruce Weigle<br>       Defendant(s) | CRIMINAL NO. 08CR2910-JM<br>                 08MJ2532<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **RUBEN D. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).)

Mat. Wit. Yeni Caballero-Lozano

DATED: Aug. 28, 2008

**RUBEN D. BROOKS**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
    Deputy Clerk P. Borgn

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062