1  **JENNIFER L. COON**
California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Weigle

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2910-JM(RBB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DECLARATIONS OF SURETIES IN SUPPORT OF BOND MODIFICATION** |
| JEFFREY BRUCE WEIGLE, | ) | |
| Defendant. | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEY:

Defendant Jeffrey Bruce Weigle, by and through counsel, Jennifer L. Coon and Federal Defenders of San Diego, Inc., and pursuant to the Court's order of August 28, 2008, hereby submits the following declarations of sureties in support of bond modification.

Respectfully submitted,

DATED: September 3, 2008       */s/ Jennifer L. Coon*
                               **JENNIFER L. COON**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Weigle

1 | JENNIFER L. COON
California State Bar No. 203913
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: jennifer_coon@fd.org

5 | Attorneys for Mr. Weigle

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR2910-JM |
| Plaintiff, | DECLARATION OF WILLIAM GEORGE WEIGLE |
| v. | |
| JEFFREY BRUCE WEIGLE, | |
| Defendant. | |

I, William George Weigle, declare under penalty of perjury:

1. I make this declaration in support of defendant Jeffrey Bruce Weigle's proposed bond modification.

2. I am the son of defendant Jeffrey Bruce Weigle and a surety for his bond. I consent to a modification of the defendant's bond to allow him to travel to Mexico under such conditions as may be required by the probation office or the Court.

DATED:    September 3, 2008

_____
WILLIAM GEORGE WEIGLE

1 | **JENNIFER L. COON**
California State Bar No. 203913
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: jennifer_coon@fd.org

5 | Attorneys for Mr. Weigle

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JEFFREY T. MILLER)**

11 | UNITED STATES OF AMERICA,            )   CASE NO. 08CR2910-JM
                                         )
12 |         Plaintiff,                  )   DECLARATION OF KHRISTINE FLORES
                                         )   COLUNA
13 | v.                                  )
                                         )
14 | JEFFREY BRUCE WEIGLE,               )
                                         )
15 |         Defendant.                  )
                                         )
16 | _____)

17

18 | I, Khristine Flores Coluna, declare under penalty of perjury:

19 | 1.   I make this declaration in support of defendant Jeffrey Bruce Weigle's proposed bond
20 | modification.

21 | 2.   I am the prospective daughter-in-law of defendant Jeffrey Bruce Weigle and a surety for his
22 | bond. I consent to a modification of the defendant's bond to allow him to travel to Mexico under such
23 | conditions as may be required by the probation office or the Court.

24

25 | DATED:    September 3, 2008                      _____
                                                      KHRISTINE FLORES COLUNA
26

27

28