UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFERY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08CR2910-JM |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING HEARING DATE |
| JEFFREY WEIGLE, | |
| Defendant. | |

Based upon the joint motion of the parties and for good cause being shown, **IT IS HEREBY ORDERED** that the Sentencing Hearing in this matter, be continued from the current date of December 5, 2008, to *January 16, 2009, at 9:00 a.m.*

DATED: December 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge